# LAW OFFICES OF
# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

July 7, 2006

*[handwritten: Ask USA if no opposition]*

VIA FACSIMILE 718-260-2478 and ECF

Judge Edward R. Korman
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2006 ★
BROOKLYN OFFICE

*[handwritten: Order — The application is granted. s/Edward R. Korman USDJ 7/18/06]*

RE: United States v. Ron Robinson
04-CR-966 (S-1) (ERK)

Your Honor:

We seek release of Mr. Robinson's passport from Monday, July 10, 2006 through the month of September and seek permission for his travel to Russia and Ethiopia. The travel is necessary to accompany his client Jeffrey Atkins for concert and scheduling/promotion events. As you are aware in the wake of the musical defendants trial the defendants have been financially devastated and are trying to get their businesses back on track. Mr. Robinson is the manager of Mr. Atkins. While his portion of the case remains unresolved the only outstanding issue is the establishment of the amount of back taxes he owes and a repayment schedule.

The delays in resolution have been that Mr. Robinson's accountant suddenly died of a stroke at age forty two in September. The firm promised to follow up on Mr. Robinson's taxes and thereafter failed to do so. Another colleague assured me that he would take Mr. Robinson's situation on once he left the firm however Mr. Robinson could not afford the accounting fees. I expect that the latest accountant will have a finalization for our review by the third week of July. Mr. Robinson has also been financially devastated by the prosecution in this matter as business for the Lorenzos/Murder Inc. was halted and investors fled.

LAW OFFICES OF
# Murray Richman

Pre-trial services has no issue with Mr. Robinson's travel and has stated that there is no need for his supervision. He has been prompt in reporting and compliant throughout this ordeal without incident. Mr. Robinson has been granted travel and has always returned and continued with his reporting to pre-trial.

Pre-trial services is in possession of Mr. Robinson's passport. Mr. Robinson must produce the passport to the Russian embassy to secure proper visas. A full itinerary can only be generated upon the issuance of a visa. I will, should the court grant permission, provide complete travel itineraries immediately upon its availability.

I have left word for Ms. Pokorny but have not received any return call as of this writing.

I look forward to your direction.

Most respectfully,

*Stacey Richman*
Stacey Richman

cc:
AUSA Carolyn Pokorny via facsimile
(718) 254-6327

Pre-trial Officer Ail

AUSA consents.